§JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

## Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:**       **Category No.** II       **Investigating Agency** DEA

**City** Worcester       **Related Case Information:**

**County** Worcester

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number
Search Warrant Case Number  17-mj-4134, 4148, 4149 DHH
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Ryan Flynn       Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name  Big Boy

Address  (City & State)  16 Lake Shore Drive, Leicester MA

Birth date (Yr only): 1982   SSN (last4#): 4178   Sex M   Race: White   Nationality: _____

**Defense Counsel if known:**  James Gribouski   **Address**  11 Harvard Street, Worcester, Mass.

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**  William F. Abely       **Bar Number if applicable**  660281

**Interpreter:**  ☐ Yes  ☑ No       List language and/or dialect: _____

**Victims:**  ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:**  ☑ Yes  ☐ No

☑ Warrant Requested       ☐ Regular Process       ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____  ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**  ☐ Petty  ☐ Misdemeanor  ☑ Felony  3

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 07/27/2017       Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Ryan Flynn

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to distribute cocaine | 1 |
| Set 2 | 21 U.S.C. § 841(a)(1) | Possession of marijuana with intent to distribute | 2, 3 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** Note that this case involves overlapping facts as reflected in the complaints filed in cases 17-mj-4150, 4151, 4152, 4153, and 4154.